| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:12-CR-7(4) |
| | § | |
| | § | |
| EZEQUIEL RAMIREZ-MEJIA | § | |

## ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT

After conducting a hearing on whether the Defendant's notice of appeal should be considered timely filed, the Honorable Zack Hawthorn, United States Magistrate Judge, filed a Report and Recommendation. The Magistrate Judge recommends that the Defendant's notice of appeal be considered timely filed.

The parties do not object to the Magistrate Judge's findings and conclusions, and the Court is of the opinion that they should be and are **ADOPTED**. Accordingly, it is **ORDERED** that Ezequiel Ramirez-Mejia's notice of appeal (Docket 126) be deemed timely filed pursuant to Federal Rule of Appellate Procedure 4.

SIGNED at Beaumont, Texas, this 9th day of July, 2013.

*/s/ Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE